UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                         §
                                               §
ZEIDLER, STEVEN A                              §        Case No. 14-03426 JSB
                                               §
                   Debtor                      §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 02/03/2014 . The case was converted to one under Chapter 7 on 04/22/2014 . The undersigned trustee was appointed on 04/22/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4. The trustee realized gross receipts of      $     125,250.13

        Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 5,081.17 |
| Bank service fees | 3,404.57 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 116,764.39 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was  06/17/2015  and the deadline for filing governmental claims was  06/17/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,512.51 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 9,512.51 , for a total compensation of $ 9,512.51 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 15.52 , for total expenses of $ 15.52 [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/13/2017     By:/s/GINA B. KROL
             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 14-03426 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | ZEIDLER, STEVEN A | | | Date Filed (f) or Converted (c): | 04/22/14 (c) |
| | | | | 341(a) Meeting Date: | 05/28/14 |
| For Period Ending: | 01/13/17 | | | Claims Bar Date: | 06/17/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 25% interest in 1041 Leslie Ln. Villa Park, IL | 200,000.00 | 57,500.00 | | 57,500.00 | FA |
| 2. Cash | 200.00 | 0.00 | OA | 0.00 | FA |
| 3. BANK ACCONTS at Metro Bank     per DIP report balance was $392.82 | 170.00 | 0.00 | OA | 0.00 | FA |
| 4. Household Goods | 2,000.00 | Unknown | OA | 0.00 | FA |
| 5. CLOTHES | 600.00 | 0.00 | OA | 0.00 | FA |
| 6. Coin Collection | 1,000.00 | Unknown | OA | 0.00 | FA |
| 7. Watch | 100.00 | 0.00 | OA | 0.00 | FA |
| 8. Life Insurance | 0.00 | 0.00 | OA | 0.00 | FA |
| 9. 1988 Cadillac Sedan | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 10. Beneficiary under Robert Zeidler Will | Unknown | 5,250.13 | | 5,250.13 | FA |
| 11. 50% Interest in Patricia Zeidler Trust | Unknown | 0.00 | | 25,000.00 | FA |
| 12. 50% interest in Robert Zeidler Family Trust | Unknown | 0.00 | | 37,500.00 | FA |
| 13. Bank Account at BMO | 0.00 | 0.00 | | 0.00 | FA |
| 14. PENSION | Unknown | 0.00 | | 0.00 | FA |
| 15. 50% interest in Mr. Z's Supermarkets, Inc. | Unknown | 0.00 | | 0.00 | FA |
| 16. Note Due from Mr. Z's | 53,000.00 | 0.00 | | 0.00 | FA |
| 17. Personal Property in Storage Locker | Unknown | 0.00 | | 0.00 | FA |
| 18. Claims Against Sandra Zeidler | Unknown | 0.00 | | 0.00 | FA |
| 19. Claims Against Zeidler Properties | Unknown | 0.00 | | 0.00 | FA |
| 20. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 21. Interest in Inland Land Appreciation Fund II, LP (u) | Unknown | 0.00 | | 0.00 | FA |
| 22. checking account at BMO | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $258,570.00 | $62,750.13 | | $125,250.13 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 14-03426 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | ZEIDLER, STEVEN A | | | Date Filed (f) or Converted (c): | 04/22/14 (c) |
| | | | | 341(a) Meeting Date: | 05/28/14 |
| | | | | Claims Bar Date: | 06/17/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is working on claim objections; TFR to follow

October 11, 2016, 12:40 pm

Case has been difficult. Trustee is participating in three adversary proceeding. Trustee is attempting to sell jointly

held real and personal property.

October 22, 2014, 02:18 pm

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 03/31/17

    /s/    GINA B. KROL

_____   Date: 01/13/17

    GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-03426 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | ZEIDLER, STEVEN A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7574  Checking Account |
| Taxpayer ID No: | *******5034 | | | |
| For Period Ending: | 01/13/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/21/14 | 11 | Zeidler Properties LLC<br>250 E. St. Charles Rd.<br>Villa Park, IL 60181 | Distribution | 1129-000 | 10,750.00 | | 10,750.00 |
| 08/21/14 | 11 | Zeidler Properties LLC<br>250 E. St. Charles Rd.<br>Villa Park, IL 60181 | Distribution | 1129-000 | 14,250.00 | | 25,000.00 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.18 | 24,986.82 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.94 | 24,950.88 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.09 | 24,913.79 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.85 | 24,877.94 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.98 | 24,840.96 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.93 | 24,804.03 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | BOND<br>BOND | 2300-000 | | 14.17 | 24,789.86 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.30 | 24,756.56 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.80 | 24,719.76 |
| 04/29/15 | 10 | Robert Zeidler Estate<br>330 S. Naperville Rd., #210<br>Wheaton, 60187 | Inheritance | 1129-000 | 5,250.13 | | 29,969.89 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.07 | 29,933.82 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.50 | 29,889.32 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.00 | 29,846.32 |
| 07/29/15 | 1 | Huck Bouma PC<br>Trust Account<br>1755 S. Naperville Rd.<br>Suite 200 | Sale of Leslie Lane | 1110-000 | 57,500.00 | | 87,346.32 |

Page Subtotals        87,750.13        403.81

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-03426 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | ZEIDLER, STEVEN A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7574  Checking Account |
| Taxpayer ID No: | *******5034 | | | |
| For Period Ending: | 01/13/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/15 | 12 | Wheaton, IL  60189<br>Huck Bouma PC<br>Trust Account<br>1755 S. Naperville Rd.<br>Suite 200<br>Wheaton, IL 60189 | Sale of Interest in Robert Zeidler | 1129-000 | 37,500.00 | | 124,846.32 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.04 | 124,788.28 |
| 09/08/15 | 030002 | Paul Trinko<br>Coldwell Bank Residential Brokerage<br>534 Penn Avenue<br>Glen Ellyn, IL 60137 | Broker's Fee per Court Order | 3510-000 | | 5,000.00 | 119,788.28 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 185.49 | 119,602.79 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 175.93 | 119,426.86 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 177.55 | 119,249.31 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 171.57 | 119,077.74 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 177.03 | 118,900.71 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 176.78 | 118,723.93 |
| 02/18/16 | 030003 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 67.00 | 118,656.93 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 165.09 | 118,491.84 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 176.16 | 118,315.68 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 170.23 | 118,145.45 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 175.64 | 117,969.81 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 169.73 | 117,800.08 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 175.14 | 117,624.94 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 174.86 | 117,450.08 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 168.99 | 117,281.09 |

Page Subtotals         37,500.00      7,565.23

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-03426 -JSB | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | ZEIDLER, STEVEN A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7574  Checking Account |
| Taxpayer ID No: | *******5034 | | | |
| For Period Ending: | 01/13/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 174.36 | 117,106.73 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 168.49 | 116,938.24 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 173.85 | 116,764.39 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 125,250.13 | 8,485.74 | 116,764.39 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 125,250.13 | 8,485.74 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 125,250.13 | 8,485.74 | |
| | | NET | ACCOUNT |
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Checking Account - ********7574 | 125,250.13 | 8,485.74 | 116,764.39 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 125,250.13 | 8,485.74 | 116,764.39 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       516.70

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 13, 2017 |
|---|---|---|---|---|---|---|
| Case Number: 14-03426 | | Priority Sequence | | | | |
| Debtor Name: ZEIDLER, STEVEN A | | | Joint Debtor: | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000004A<br>001<br>2950-00 | Office of the U.S. Trustee<br><B>(ADMINISTRATIVE)</B><br>219 S Dearborn St Room 873<br>Chicago, IL 60604 | Administrative | | $0.00 | $650.00 | $650.00 |
| ADMIN 1<br>001<br>2700-00 | Clerk of US Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Administrative | | $0.00 | $350.00 | $350.00 |
| ADMIN 2<br>001<br>3110-00 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $31,242.56 | $31,242.56 |
| ADMIN 3<br>001<br>2100-00 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602<br>Tax Id: | Administrative | | $0.00 | $9,528.03 | $9,528.03 |
| 000012A<br>030<br>5400-00 | UFCW Unions & Employers Midwest<br>Health Benefits Fund<br>Jonathan D Karmel, Karmel Law Firm<br>221 N. LaSalle St., Ste. 2900<br>Chicago, IL 60601 | Priority<br>Trustee withdrew her claim objection after receiving additional information from claimant to support assertion that Debtor was responsible party under the collective bargaining agreement. | | $0.00 | $19,828.33 | $19,828.33 |
| 000013A<br>030<br>5400-00 | UFCW Unions & Employers Midwest<br>Health Benefits Fund<br>Jonathan D Karmel, Karmel Law Firm<br>221 N. LaSalle St., Ste. 2900<br>Chicago, IL 60601 | Priority<br>Trustee withdrew her claim objection after receiving additional information from claimant to support assertion that Debtor was responsible party under the collective bargaining agreement. | | $0.00 | $5,678.00 | $5,678.00 |
| 000005<br>040<br>5800-00 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Priority | | $0.00 | $100.00 | $100.00 |
| 000008A<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority<br>Income tax 2010-2012 | | $0.00 | $764.37 | $764.37 |
| 000014A<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority<br>ROT taxes | | $0.00 | $74,752.26 | $74,752.26 |
| 000009<br>050<br>4110-00 | DuPage County Treasurer's Office<br>c/o Barbara Q. Reynolds<br>503 N. County Farm Road<br>Wheaton, IL 60187 | Secured<br>claim value zero per order of 11/29/16 | | $0.00 | $7,184.68 | $0.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 13, 2017 |
|---|---|---|---|---|---|---|

Case Number: 14-03426  
Debtor Name: ZEIDLER, STEVEN A  

Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 000010<br>050<br>4110-00 | Oceana County Treasurer<br>POB 227<br>Hart, MI 49420 | Secured<br>claim value is zero per order of 11/29/16 | | $0.00 | $11,341.30 | $0.00 |
| 000011A<br>050<br>4110-00 | Sandra Zeidler<br>c/o TA Christensen/Huck Bouma<br>1755 S. Naperville Rd., Ste. 200<br>Wheaton, IL 60189 | Secured<br>Claim was released pursuant to settlement agreement and court order docket entry # 149 and 141 | | $0.00 | $445,000.00 | $0.00 |
| 000001<br>070<br>7100-90 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $10,212.89 | $10,212.89 |
| 000002<br>070<br>7100-90 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $5,563.21 | $5,563.21 |
| 000003<br>070<br>7100-90 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $9,415.63 | $9,415.63 |
| 000006<br>070<br>7100-00 | Zeidler Properties, LLC<br>c/o Russell Zeidler<br>1812 Morgan Circle<br>Naperville, IL 650540 | Unsecured<br>Claim was released pursuant to settlement agreement and court order docket no 141 and 149 | | $0.00 | $0.00 | $0.00 |
| 000007<br>070<br>7100-00 | Chitkowski Law Offices<br>801 Warrenville Rd., Ste. 620<br>Lisle, IL 60532 | Unsecured | | $0.00 | $24,428.55 | $24,428.55 |
| 000008<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured<br>Income tax 2010-2012 | | $0.00 | $202.06 | $202.06 |
| 000011<br>070<br>7100-00 | Sandra Zeidler<br>c/o TA Christensen/Huck Bouma<br>1755 S. Naperville Rd., Ste. 200<br>Wheaton, IL 60189 | Unsecured<br>Claim was released pursuant to settlement agreement and court order Docket entry #149 and 141 | | $0.00 | $600,125.94 | $0.00 |
| 000012<br>070<br>7100-00 | UFCW Unions & Employers Midwest Health Benefits Fund<br>Jonathan D Karmel, Karmel Law Firm<br>221 N. LaSalle St., Ste. 2900<br>Chicago, IL 60601 | Unsecured<br>Trustee withdrew her claim objection after receiving additional information from claimant to support assertion that Debtor was responsible party under the collective bargaining agreement. | | $0.00 | $69,150.21 | $69,150.21 |
| 000013<br>070<br>7100-00 | UFCW Unions & Employers Midwest Health Benefits Fund<br>Jonathan D Karmel, Karmel Law Firm<br>221 N. LaSalle St., Ste. 2900<br>Chicago, IL 60601 | Unsecured<br>Trustee withdrew her claim objection after receiving additional information from claimant to support assertion that Debtor was responsible party under the collective bargaining agreement. | | $0.00 | $15,313.04 | $15,313.04 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: January 13, 2017 |

Case Number:    14-03426  
Debtor Name:    ZEIDLER, STEVEN A

Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000014<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | Penalties for ROT tax | $0.00 | $8,967.28 | $8,967.28 |
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | Administrative | | $0.00 | $81.17 | $81.17 |
| | Case Totals: | | | $0.00 | $1,349,879.51 | $286,227.59 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-03426 JSB
Case Name: ZEIDLER, STEVEN A
Trustee Name: GINA B. KROL

Balance on hand $ 116,764.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009 | DuPage County Treasurer's Office c/o Barbara Q. Reynolds 503 N. County Farm Road Wheaton, IL 60187 | $ 7,184.68 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010 | Oceana County Treasurer POB 227 Hart, MI 49420 | $ 11,341.30 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000011A | Sandra Zeidler c/o TA Christensen/Huck Bouma 1755 S. Naperville Rd., Ste. 200 Wheaton, IL 60189 | $ 445,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 116,764.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 9,512.51 | $ 0.00 | $ 9,512.51 |
| Trustee Expenses: GINA B. KROL | $ 15.52 | $ 0.00 | $ 15.52 |
| Attorney for Trustee Fees: Cohen & Krol | $ 31,145.50 | $ 0.00 | $ 31,145.50 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 97.06 | $ 0.00 | $ 97.06 |
| Charges: Clerk of US Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |
| Fees: Office of the U.S. Trustee | $ 650.00 | $ 0.00 | $ 650.00 |
| Other: Adams Levine Surety Bond Agency | $ 81.17 | $ 81.17 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     41,770.59

Remaining Balance     $     74,993.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 101,122.96 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | $ 100.00 | $ 0.00 | $ 65.45 |
| 000008A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 764.37 | $ 0.00 | $ 500.24 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012A | UFCW Unions & Employers Midwest Health Benefits Fund<br>Jonathan D Karmel, Karmel Law Firm<br>221 N. LaSalle St., Ste. 2900<br>Chicago, IL 60601 | $ 19,828.33 | $ 0.00 | $ 19,828.33 |
| 000013A | UFCW Unions & Employers Midwest Health Benefits Fund<br>Jonathan D Karmel, Karmel Law Firm<br>221 N. LaSalle St., Ste. 2900<br>Chicago, IL 60601 | $ 5,678.00 | $ 0.00 | $ 5,678.00 |
| 000014A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 74,752.26 | $ 0.00 | $ 48,921.78 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 74,993.80 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 143,252.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 10,212.89 | $ 0.00 | $ 0.00 |
| 000002 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 5,563.21 | $ 0.00 | $ 0.00 |
| 000003 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 9,415.63 | $ 0.00 | $ 0.00 |
| 000006 | Zeidler Properties, LLC<br>c/o Russell Zeidler<br>1812 Morgan Circle<br>Naperville, IL 650540 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000007 | Chitkowski Law Offices<br>801 Warrenville Rd., Ste. 620<br>Lisle, IL 60532 | $ 24,428.55 | $ 0.00 | $ 0.00 |
| 000008 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 202.06 | $ 0.00 | $ 0.00 |
| 000011 | Sandra Zeidler<br>c/o TA Christensen/Huck Bouma<br>1755 S. Naperville Rd., Ste. 200<br>Wheaton, IL 60189 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | UFCW Unions & Employers Midwest Health Benefits Fund<br>Jonathan D Karmel, Karmel Law Firm<br>221 N. LaSalle St., Ste. 2900<br>Chicago, IL 60601 | $ 69,150.21 | $ 0.00 | $ 0.00 |
| 000014 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 8,967.28 | $ 0.00 | $ 0.00 |
| 000013 | UFCW Unions & Employers Midwest Health Benefits Fund<br>Jonathan D Karmel, Karmel Law Firm<br>221 N. LaSalle St., Ste. 2900<br>Chicago, IL 60601 | $ 15,313.04 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $_____0.00

Remaining Balance      $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE