UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ZEIDLER, STEVEN A § Case No. 14-03426 JSB
§
Debtor §

AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> JEFFREY P. ALLSTEADT
> 219 S. Dearborn Street
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 02/28/2017 in Courtroom 615,
> Dirksen Federal Building
> 219 S Dearborn Street
> Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/06/2017         By: Gina B. Krol
                                               Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ZEIDLER, STEVEN A § Case No. 14-03426 JSB
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 125,250.13 |
| and approved disbursements of | $ | 8,485.74 |
| leaving a balance on hand of[1] | $ | 116,764.39 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000009 | DuPage County Treasurer's Office c/o Barbara Q. Reynolds 503 N. County Farm Road Wheaton, IL 60187 | $ 7,184.68 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010 | Oceana County Treasurer POB 227 Hart, MI 49420 | $ 11,341.30 | $ 0.00 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000011A | Sandra Zeidler c/o TA Christensen/Huck Bouma 1755 S. Naperville Rd., Ste. 200 Wheaton, IL 60189 | $ 445,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 116,764.39 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 9,512.51 | $ 0.00 | $ 9,512.51 |
| Trustee Expenses: GINA B. KROL | $ 15.52 | $ 0.00 | $ 15.52 |
| Attorney for Trustee Fees: Cohen & Krol | $ 31,145.50 | $ 0.00 | $ 31,145.50 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 97.06 | $ 0.00 | $ 97.06 |
| Charges: Clerk of US Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |
| Fees: Office of the U.S. Trustee | $ 650.00 | $ 0.00 | $ 650.00 |
| Other: Adams Levine Surety Bond Agency | $ 81.17 | $ 81.17 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 41,770.59 |
| Remaining Balance | $ | 74,993.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 101,122.96 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | $ 100.00 | $ 0.00 | $ 65.45 |
| 000008A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 764.37 | $ 0.00 | $ 500.24 |
| 000012A | UFCW Unions & Employers Midwest Health Benefits Fund<br>Jonathan D Karmel,<br>Karmel Law Firm<br>221 N. LaSalle St., Ste. 2900<br>Chicago, IL 60601 | $ 19,828.33 | $ 0.00 | $ 19,828.33 |
| 000013A | UFCW Unions & Employers Midwest Health Benefits Fund<br>Jonathan D Karmel,<br>Karmel Law Firm<br>221 N. LaSalle St., Ste. 2900<br>Chicago, IL 60601 | $ 5,678.00 | $ 0.00 | $ 5,678.00 |
| 000014A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 74,752.26 | $ 0.00 | $ 48,921.78 |

Total to be paid to priority creditors     $    74,993.80

Remaining Balance     $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 143,252.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 10,212.89 | $ 0.00 | $ 0.00 |
| 000002 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 5,563.21 | $ 0.00 | $ 0.00 |
| 000003 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 9,415.63 | $ 0.00 | $ 0.00 |
| 000006 | Zeidler Properties, LLC<br>c/o Russell Zeidler<br>1812 Morgan Circle<br>Naperville, IL 650540 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000007 | Chitkowski Law Offices<br>801 Warrenville Rd., Ste. 620<br>Lisle, IL 60532 | $ 24,428.55 | $ 0.00 | $ 0.00 |
| 000008 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 202.06 | $ 0.00 | $ 0.00 |
| 000011 | Sandra Zeidler<br>c/o TA Christensen/Huck Bouma<br>1755 S. Naperville Rd., Ste. 200<br>Wheaton, IL 60189 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000012 | UFCW Unions & Employers Midwest Health Benefits Fund<br>Jonathan D Karmel,<br>Karmel Law Firm<br>221 N. LaSalle St., Ste. 2900<br>Chicago, IL 60601 | $ 69,150.21 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 8,967.28 | $ 0.00 | $ 0.00 |
| 000013 | UFCW Unions & Employers Midwest Health Benefits Fund<br>Jonathan D Karmel,<br>Karmel Law Firm<br>221 N. LaSalle St., Ste. 2900<br>Chicago, IL 60601 | $ 15,313.04 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $             0.00

Remaining Balance    $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*

*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.