IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **STEVEN ZEIDLER** | ) | No. 14 B 03426 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:     See Attached

I, GINA B. KROL, state that copies of the Amended Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on February 6, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                         BY:/s/ Gina B. Krol
                                                          Ch 7 Bankruptcy Trustee

**Service List:**

DuPage County Treasurer's Office
c/o Barbara Q. Reynolds
503 N. County Farm Road
Wheaton, IL   60187

Oceana County Treasurer
P.O. Box 227
Hart, MI   49420

Sandra Zeidler
c/o TA Christensen/Huck Bouma
1755 S. Naperville Road, Ste 200
Wheaton, IL   60189

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA   19101

Illinois Dept of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL   60664

UFCW Unions & Employers Midwest Health Benefits Fund
Jonathan D. Karmel, Karmel Law Firm
221 N. LaSalle Street, Ste 2900
Chicago, IL   60601

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH   43054-3025

American Express Centurion Bank
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

American Express Bank, FSB
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Zeidler Properties, LLC
c/o Russell Zeidler
1812 Morgan Circle
Naperville, IL   60540

Chitkowski Law Offices
801 Warrenville Road, Ste 620
Lisle, IL   60532

Jonathan karmel
jon@karmellawfirm.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov