# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ZEIDLER, STEVEN A | § | Case No. 14-03426 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 52,100.00 *(Without deducting any secured claims)* | Assets Exempt: 21,470.00 |
| Total Distributions to Claimants: 74,993.80 | Claims Discharged Without Payment: 358,254.03 |
| Total Expenses of Administration: 50,256.33 | |

3) Total gross receipts of $ 125,250.13  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 125,250.13  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 463,525.98 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 50,256.33 | 50,256.33 | 50,256.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 101,122.96 | 101,122.96 | 74,993.80 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,178,274.00 | 743,378.81 | 143,252.87 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,178,274.00 | $ 1,358,284.08 | $ 294,632.16 | $ 125,250.13 |

4) This case was originally filed under chapter 11 on 02/03/2014 , and it was converted to chapter 7 on 04/22/2014 . The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/06/2017          By:/s/GINA B. KROL
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 25% interest in 1041 Leslie Ln. Villa Park, IL | 1110-000 | 57,500.00 |
| Beneficiary under Robert Zeidler Will | 1129-000 | 5,250.13 |
| 50% Interest in Patricia Zeidler Trust | 1129-000 | 25,000.00 |
| 50% interest in Robert Zeidler Family Trust | 1129-000 | 37,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 125,250.13** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | DUPAGE COUNTY TREASURER'S OFFICE | 4110-000 | NA | 7,184.68 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | OCEANA COUNTY TREASURER | 4110-000 | NA | 11,341.30 | 0.00 | 0.00 |
| 000011A | SANDRA ZEIDLER | 4110-000 | NA | 445,000.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 463,525.98 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 9,512.51 | 9,512.51 | 9,512.51 |
| GINA B. KROL | 2200-000 | NA | 15.52 | 15.52 | 15.52 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 81.17 | 81.17 | 81.17 |
| ASSOCIATED BANK | 2600-000 | NA | 3,404.57 | 3,404.57 | 3,404.57 |
| CLERK OF US BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | NA | 650.00 | 650.00 | 650.00 |
| COHEN & KROL | 3110-000 | NA | 20,763.77 | 20,763.77 | 20,763.77 |
| GINA B. KROL | 3110-000 | NA | 10,381.73 | 10,381.73 | 10,381.73 |
| COHEN & KROL | 3120-000 | NA | 97.06 | 97.06 | 97.06 |
| PAUL TRINKO | 3510-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 50,256.33 | $ 50,256.33 | $ 50,256.33 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dupage County Treasurer<br>421 N County Farm Road<br>Wheaton, IL 60187 | | 0.00 | NA | NA | 0.00 |
| | Oceana County Treasurer<br>100 State Street<br>P.O. Box 227<br>Hart, MI 49420 | | 0.00 | NA | NA | 0.00 |
| 000012A | UFCW UNIONS & EMPLOYERS MIDWEST | 5400-000 | NA | 19,828.33 | 19,828.33 | 19,828.33 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013A | UFCW UNIONS & EMPLOYERS MIDWEST | 5400-000 | NA | 5,678.00 | 5,678.00 | 5,678.00 |
| 000008A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 0.00 | 764.37 | 764.37 | 500.24 |
| 000014A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 0.00 | 74,752.26 | 74,752.26 | 48,921.78 |
| 000005 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 100.00 | 100.00 | 65.45 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 101,122.96 | $ 101,122.96 | $ 74,993.80 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank NA P.O. Box 6201 Carol Stream, IL 60197 | | 100,000.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 982235 El Paso, TX 79998 | | 27,196.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CFSI/HHLD<br>700 N Wood Dale Road<br>Wood Dale, IL  60191 | | 0.00 | NA | NA | 0.00 |
| | Capital One<br>P.O. Box 5253<br>Carol Stream, IL  60197 | | 1,358.00 | NA | NA | 0.00 |
| | Carole Mary Anton<br>470 N Kenilworth Avenue, #26<br>Glen Ellyn, IL  60137 | | 0.00 | NA | NA | 0.00 |
| | Chase<br>201 N. Walnut St/DE1-1027<br>Wilmington, DE  19801 | | 12,102.00 | NA | NA | 0.00 |
| | Citibank SD NA<br>Attn: Centralized Bankruptcy<br>P.O. Box 20363<br>Kansas City, MO  64195 | | 27,172.00 | NA | NA | 0.00 |
| | HSBC/Carson<br>P.O. Box 30253<br>Salt Lake City, UT  84130 | | 0.00 | NA | NA | 0.00 |
| | Illinois Dept of Labor<br>160 N LaSalle, Ste C-1300<br>Chicago, IL  60601 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/Capone<br>N56 W 17000 Ridgewood Drive<br>Menomonee Falls, WI 53051 | | 0.00 | NA | NA | 0.00 |
| | Major Meats, Inc.<br>121 S Van Nortwick Avenue<br>Batavia, IL 60510 | | 0.00 | NA | NA | 0.00 |
| | Nationwode Credit, Inc.<br>2002 Summit Blvd, Ste 600<br>Atlanta, GA 30319 | | 0.00 | NA | NA | 0.00 |
| | UNVL/Citi<br>Attn: Centralized Bankruptcy<br>P.O. Box 20507<br>Kansas City, MO 64195 | | 14,033.00 | NA | NA | 0.00 |
| 000007 | CHITKOWSKI LAW OFFICES | 7100-000 | NA | 24,428.55 | 24,428.55 | 0.00 |
| 000008 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 202.06 | 202.06 | 0.00 |
| 000014 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 8,967.28 | 8,967.28 | 0.00 |
| 000011 | SANDRA ZEIDLER | 7100-000 | 971,309.00 | 600,125.94 | 0.00 | 0.00 |
| 000012 | UFCW UNIONS & EMPLOYERS MIDWEST | 7100-000 | NA | 69,150.21 | 69,150.21 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | UFCW UNIONS & EMPLOYERS MIDWEST | 7100-000 | NA | 15,313.04 | 15,313.04 | 0.00 |
| 000006 | ZEIDLER PROPERTIES, LLC | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000003 | AMERICAN EXPRESS BANK, FSB | 7100-900 | 9,486.00 | 9,415.63 | 9,415.63 | 0.00 |
| 000002 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | 5,493.00 | 5,563.21 | 5,563.21 | 0.00 |
| 000001 | DISCOVER BANK | 7100-900 | 10,125.00 | 10,212.89 | 10,212.89 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,178,274.00 | $ 743,378.81 | $ 143,252.87 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-03426 | JSB | Judge: JANET S. BAER | | Trustee Name: | GINA B. KROL |
| Case Name: | ZEIDLER, STEVEN A | | | | Date Filed (f) or Converted (c): | 04/22/14 (c) |
| | | | | | 341(a) Meeting Date: | 05/28/14 |
| For Period Ending: | 04/06/17 | | | | Claims Bar Date: | 06/17/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 25% interest in 1041 Leslie Ln. Villa Park, IL | 200,000.00 | 57,500.00 | | 57,500.00 | FA |
| 2. Cash | 200.00 | 0.00 | OA | 0.00 | FA |
| 3. BANK ACCONTS at Metro Bank | 170.00 | 0.00 | OA | 0.00 | FA |
| per DIP report balance was $392.82 | | | | | |
| 4. Household Goods | 2,000.00 | Unknown | OA | 0.00 | FA |
| 5. CLOTHES | 600.00 | 0.00 | OA | 0.00 | FA |
| 6. Coin Collection | 1,000.00 | Unknown | OA | 0.00 | FA |
| 7. Watch | 100.00 | 0.00 | OA | 0.00 | FA |
| 8. Life Insurance | 0.00 | 0.00 | OA | 0.00 | FA |
| 9. 1988 Cadillac Sedan | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 10. Beneficiary under Robert Zeidler Will | Unknown | 5,250.13 | | 5,250.13 | FA |
| 11. 50% Interest in Patricia Zeidler Trust | Unknown | 0.00 | | 25,000.00 | FA |
| 12. 50% interest in Robert Zeidler Family Trust | Unknown | 0.00 | | 37,500.00 | FA |
| 13. Bank Account at BMO | 0.00 | 0.00 | | 0.00 | FA |
| 14. PENSION | Unknown | 0.00 | | 0.00 | FA |
| 15. 50% interest in Mr. Z's Supermarkets, Inc. | Unknown | 0.00 | | 0.00 | FA |
| 16. Note Due from Mr. Z's | 53,000.00 | 0.00 | | 0.00 | FA |
| 17. Personal Property in Storage Locker | Unknown | 0.00 | | 0.00 | FA |
| 18. Claims Against Sandra Zeidler | Unknown | 0.00 | | 0.00 | FA |
| 19. Claims Against Zeidler Properties | Unknown | 0.00 | | 0.00 | FA |
| 20. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 21. Interest in Inland Land Appreciation Fund II, LP (u) | Unknown | 0.00 | | 0.00 | FA |
| 22. checking account at BMO | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $258,570.00 | $62,750.13 | | $125,250.13 | $0.00 |

LFORM1

Ver: 19.07a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 14-03426 | JSB | Judge: JANET S. BAER | | Trustee Name: | GINA B. KROL |
| Case Name: | ZEIDLER, STEVEN A | | | | Date Filed (f) or Converted (c): | 04/22/14 (c) |
| | | | | | 341(a) Meeting Date: | 05/28/14 |
| | | | | | Claims Bar Date: | 06/17/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR to US Tee for review January 17, 2017, 02:46 pm

Trustee is working on claim objections; TFR to follow
October 11, 2016, 12:40 pm

Case has been difficult. Trustee is participating in three adversary proceeding. Trustee is attempting to sell jointly
held real and personal property.
October 22, 2014, 02:18 pm

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 03/31/17

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-03426 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | ZEIDLER, STEVEN A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7574  Checking Account |
| Taxpayer ID No: | *******5034 | | | |
| For Period Ending: | 04/06/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/21/14 | 11 | Zeidler Properties LLC<br>250 E. St. Charles Rd.<br>Villa Park, IL 60181 | Distribution | 1129-000 | 10,750.00 | | 10,750.00 |
| 08/21/14 | 11 | Zeidler Properties LLC<br>250 E. St. Charles Rd.<br>Villa Park, IL 60181 | Distribution | 1129-000 | 14,250.00 | | 25,000.00 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.18 | 24,986.82 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.94 | 24,950.88 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.09 | 24,913.79 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.85 | 24,877.94 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.98 | 24,840.96 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.93 | 24,804.03 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | BOND<br>BOND | 2300-000 | | 14.17 | 24,789.86 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.30 | 24,756.56 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.80 | 24,719.76 |
| 04/29/15 | 10 | Robert Zeidler Estate<br>330 S. Naperville Rd., #210<br>Wheaton, 60187 | Inheritance | 1129-000 | 5,250.13 | | 29,969.89 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.07 | 29,933.82 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.50 | 29,889.32 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.00 | 29,846.32 |
| 07/29/15 | 1 | Huck Bouma PC<br>Trust Account<br>1755 S. Naperville Rd.<br>Suite 200 | Sale of Leslie Lane | 1110-000 | 57,500.00 | | 87,346.32 |

Page Subtotals        87,750.13        403.81

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-03426 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ZEIDLER, STEVEN A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7574  Checking Account |
| Taxpayer ID No: | *******5034 | | |
| For Period Ending: | 04/06/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/15 | 12 | Wheaton, IL  60189<br>Huck Bouma PC<br>Trust Account<br>1755 S. Naperville Rd.<br>Suite 200<br>Wheaton, IL  60189 | Sale of Interest in Robert Zeidler | 1129-000 | 37,500.00 | | 124,846.32 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.04 | 124,788.28 |
| 09/08/15 | 030002 | Paul Trinko<br>Coldwell Bank Residential Brokerage<br>534 Penn Avenue<br>Glen Ellyn, IL 60137 | Broker's Fee per Court Order | 3510-000 | | 5,000.00 | 119,788.28 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 185.49 | 119,602.79 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 175.93 | 119,426.86 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 177.55 | 119,249.31 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 171.57 | 119,077.74 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 177.03 | 118,900.71 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 176.78 | 118,723.93 |
| 02/18/16 | 030003 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 67.00 | 118,656.93 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 165.09 | 118,491.84 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 176.16 | 118,315.68 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 170.23 | 118,145.45 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 175.64 | 117,969.81 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 169.73 | 117,800.08 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 175.14 | 117,624.94 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 174.86 | 117,450.08 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 168.99 | 117,281.09 |

Page Subtotals    37,500.00    7,565.23

Ver: 19.07a

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-03426 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ZEIDLER, STEVEN A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7574 Checking Account |
| Taxpayer ID No: | *******5034 | | |
| For Period Ending: | 04/06/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 174.36 | 117,106.73 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 168.49 | 116,938.24 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 173.85 | 116,764.39 |
| 02/28/17 | 030004 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | 9,528.03 | 107,236.36 |
| | | | Fees        9,512.51 | 2100-000 | | | |
| | | | Expenses         15.52 | 2200-000 | | | |
| 02/28/17 | 030005 | Clerk of US Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Final Distribution<br>Filing Fee for Adversary | 2700-000 | | 350.00 | 106,886.36 |
| 02/28/17 | 030006 | Office of the U.S. Trustee<br><B>(ADMINISTRATIVE)</B><br>219 S Dearborn St Room 873<br>Chicago, IL 60604 | Final Distribution | 2950-000 | | 650.00 | 106,236.36 |
| 02/28/17 | 030007 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Fees | 3110-000 | | 10,381.73 | 95,854.63 |
| 02/28/17 | 030008 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Fees | | | 20,860.83 | 74,993.80 |
| | | | Fees       20,763.77 | 3110-000 | | | |
| | | | Expenses         97.06 | 3120-000 | | | |
| 02/28/17 | 030009 | UFCW Unions & Employers Midwest<br>Health Benefits Fund<br>Jonathan D Karmel, Karmel Law Firm | Final Distribution<br>(12-1) modified on 6-18-15 to<br>correct creditor address/name and to include amount | 5400-000 | | 19,828.33 | 55,165.47 |

Page Subtotals        0.00        62,115.62

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-03426 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ZEIDLER, STEVEN A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7574  Checking Account |
| Taxpayer ID No: | *******5034 | | |
| For Period Ending: | 04/06/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/17 | 030010 | 221 N. LaSalle St., Ste. 2900<br>Chicago, IL 60601<br>UFCW Unions & Employers Midwest<br>Health Benefits Fund<br>Jonathan D Karmel, Karmel Law Firm<br>221 N. LaSalle St., Ste. 2900<br>Chicago, IL 60601 | claimed and priority amount (nm)<br><br>Final Distribution<br>(13-1) modified on 6-18-15 to<br>include amount claimed and priority amount (nm) | 5400-000 | | 5,678.00 | 49,487.47 |
| 02/28/17 | 030011 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Final Distribution | 5800-000 | | 65.45 | 49,422.02 |
| 02/28/17 | 030012 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Final Distribution | 5800-000 | | 500.24 | 48,921.78 |
| 02/28/17 | 030013 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Final Distribution | 5800-000 | | 48,921.78 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 125,250.13 | 125,250.13 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 125,250.13 | 125,250.13 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 125,250.13 | 125,250.13 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********7574 | 125,250.13 | 125,250.13 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 125,250.13 | 125,250.13 | 0.00 |
| | ============ | ============ | ============ |

Page Subtotals       0.00      55,165.47

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-03426 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ZEIDLER, STEVEN A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7574  Checking Account |
| Taxpayer ID No: | *******5034 | | |
| For Period Ending: | 04/06/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 16)